IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| THOMAS JAMES MICHAEL MCCREIGHT, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
| vs. | ) | NO. CIV-17-1317-HE |
|  | ) |  |
| COUNTY OF OKLAHOMA, *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

Plaintiff Thomas McCreight filed this action against defendants Oklahoma County Commissioners Willa Johnson and Brian Maughan and Oklahoma County Sheriff John Whetsel, asserting civil rights violations. The matter was referred to U.S. Magistrate Judge Shon Erwin for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B). Plaintiff sought leave to proceed *in forma pauperis*. [Doc. #5]. Judge Erwin determined that the *in forma pauperis* application was incomplete, and ordered plaintiff to supplement his financial information by January 2, 2018. Plaintiff failed to do so. Judge Erwin now recommends that plaintiff's claims be dismissed. Plaintiff was advised of his right to file an objection to the Report and Recommendation by January 25, 2018. No objections have been filed. Plaintiff therefore waives any right to appellate review of the factual and legal issues raised in the Report and Recommendation. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *see* 28 U.S.C. § 636(b)(1)(C). The court **ADOPTS** the Report and Recommendation [Doc. #8], a copy of which is attached to this order. Plaintiff's claims are **DISMISSED**.

**IT IS SO ORDERED.**

Dated this 8th day of February, 2018.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE